

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00206-CV

| | | |
|---|---|---|
| DONALD BRITTON, Appellant | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-344232-23) |
| V. | | |
| | § | July 11, 2024 |
| KHALID A. AZZOUZ AND RIAD ALMASRI, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr